## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CR217** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOSUE QUIROGA and** | ) | |
| **HAMOLEQUET ADI QUIROGA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of the government to continue the discovery deadline (Filing No. 21).  The motion is granted.  Discovery shall be completed **by August 12, 2015.**  Any pretrial motions shall be filed **by August 25, 2015.**

**IT IS SO ORDERED.**

DATED this 5th day of August, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge