# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR217 |
| vs. | ) | ORDER |
| JOSUE QUIROGA and HAMOLEQUET ADI QUIROGA, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Josue Quiroga (Quiroga) (Filing No. 66). Quiroga seeks a continuance of the trial scheduled for June 13, 2016. Quiroga's counsel represents government's counsel and co-defendant's counsel have no objection to the motion. Quiroga's counsel represents Quiroga will file an affidavit consenting to the motion and understanding the time for the motion will be excluded under the Speedy Trial Act. Upon consideration, the motion will be granted. **Trial will be continued as to both defendants.**

**IT IS ORDERED:**

1. Quiroga's motion to continue trial (Filing No. 66) is granted.

2. Trial of this matter **as to both defendants** is re-scheduled for **July 25, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 6, 2016, and July 25, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 6th day of June, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge